UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO: 2:14-cv-00731

| | |
|---|---|
| ARTHUR T. MOYER, an individual ) | |
| Plaintiff ) | |
| v. ) | |
| COMMONWEALTH FINANCIAL SYSTEMS, INC. ) | |
| d/b/a NORTHEAST CREDIT AND COLLECTIONS ) | CASE NO. 2:14-cv-00731 |
| and CFS ) | |
| Defendants ) | |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, ARTHUR T. MOYER, pursuant to Rule 41 (a) (I)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY:   MPF8441/s/*Michael P. Forbes*
Michael P. Forbes, Esquire
Attorney for Plaintiff
Law Office of Michael P. Forbes, PC
Attorney I.D. #55757
200 Eagle Road
Suite 220
Wayne, PA  19087
(610)293-9399